CLOSED, MDL1699

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:07-cv-01647-MLC-TJB
### Internal Use Only

| | |
|---|---|
| FROST v. PFIZER, INC. et al | Date Filed: 04/09/2007 |
| Assigned to: Judge Mary L. Cooper | Date Terminated: 06/05/2007 |
| Referred to: Magistrate Judge Tonianne J. Bongiovanni | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Petition for Removal | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**MERRIN FROST**
*Individually and as Proposed Administrator of the Estate of RAYMOND FROST, Deceased*

represented by **RENEE L. HENDERSON**
WEITZ & LUXENBERG, PC
210 LAKE DRIVE EAST
SUITE 101
CHERRY HILL, NJ 08002
(856) 755-1115
Fax: (856) 755-1995
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFIZER, INC.**

represented by **KERRY JEAN ROACH**
NORRIS, MCLAUGHLIN & MARCUS
721 ROUTE 202-206 NORTH
PO BOX 1018
SOMERVILLE, NJ 08876
(973) 722-0700
Email: kjroach@nmmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEVEN A. KARG**
NORRIS, MCLAUGHLIN & MARCUS, PA
721 ROUTE 202-206
PO BOX 1018
SOMERVILLE, NJ 08876-1018
(908) 722-0700
Email: sakarg@nmmlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**PHARMACIA CORP.**     represented by **KERRY JEAN ROACH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEVEN A. KARG**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2007 | 1 | COMPLAINT against PFIZER, INC., & PHARMACIA CORP. ( Filing fee $ 350 receipt number 1429163.) JURY DEMAND, filed by MERRIN FROST.(ck, ) (Entered: 04/09/2007) |
| 04/09/2007 | 2 | Summons Issued as to PFIZER, INC., & PHARMACIA CORP..Days Due - 20. (mailed to counsel) (ck, ) (Entered: 04/09/2007) |
| 05/11/2007 | 3 | Application and Proposed Order for Clerk's Order to extend time to answer as to Pfizer Inc. and Pharmacia Corporation.. (Attachments: # 1 FRCP 7.1 Statement)(ROACH, KERRY) (Entered: 05/11/2007) |
| 05/11/2007 |  | Clerk's Text only order granting 3 Application & clerk's Order to extend time for the defendants to answer 1 complaint to 6/6/07 (ck, ) (Entered: 05/11/2007) |
| 05/14/2007 | 4 | NOTICE of Appearance by STEVEN A. KARG on behalf of PFIZER, INC., PHARMACIA CORP. (KARG, STEVEN) (Entered: 05/14/2007) |
| 05/18/2007 | 5 | ORDER extending defts. time to ans. to 7/6/07. Signed by Judge Tonianne J. Bongiovanni on 5/17/07. (lk) (Entered: 05/18/2007) |
| 06/04/2007 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Mary L. Cooper for all further proceedings. Judge Joel A. Pisano no longer assigned to case. Signed by Judge Garrett E. Brown, Jr. on 6/4/07. (ck) (Entered: 06/04/2007) |
| 06/04/2007 | 7 | Certified Copy of Order transferring case to District of Northern District of California as ordered by the Judicial Panel MDL 1699; and Dismissing case. (CLERK'S NOTE: Case e-mailed to Case Manager for Northern District of California)(lk) (Entered: 06/05/2007) |
| 06/05/2007 |  | ***Civil Case Terminated. (lk) (Entered: 06/05/2007) |

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk